Case 3:19-cr-00023-RLY-CSW   Document 339   Filed 05/29/24   Page 1 of 4 PageID #: 1498

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Carlton Smith

Case No: 3:19-cr-00023-002
USM No: 17107-028

Date of Original Judgment: 1/26/2022
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  1/26/2022  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/29/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

RICHARD L. YOUNG, Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-00023-RLY-CSW |
| | ) | |
| CARLTON SMITH, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

Defendant Carlton Smith moves to reduce his 78-month sentence under 18 U.S.C. § 3582(c)(2), United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, and Amendment 821 of the U.S.S.G. (*See* Filing No. 447). For the reasons below, the court **DENIES** that motion.

**I.    Background**

Smith pled guilty to one count of conspiracy to possess heroin with intent to distribute. (Filing No. 250, Presentence Investigation Report ¶¶ 3, 12). Smith had six criminal history points, and a guideline range of 108 to 135 months. (*Id.* ¶¶ 44, 79). The court sentenced Smith to a below guidelines term of 78 months of imprisonment. (Filing No. 279, Judgment).

**II.    Legal Standard**

The court may modify an imposed sentence of imprisonment under limited circumstances like those enumerated in 18 U.S.C. § 3582(c)(2). *Dillon v. United States*, 560 U.S. 817, 824 (2010). Under that statute, the court may reduce a sentence to reflect

1

changes in the U.S.S.G. *See* 18 U.S.C. § 3582(c)(2). A two-step inquiry exists to determine whether a reduction is warranted: first, the court determines whether the reduction "is consistent with [U.S.S.G.] § 1B1.10"; and second, whether the reduction is warranted under the discretionary 18 U.S.C. § 3553(a) factors. *Dillon*, 560 U.S. at 826–28.

### III. Discussion

Smith argues that Parts A and B of Amendment 821 entitle him to a sentence reduction. Part A changes how "status points" are assessed when a defendant commits an offense while under a criminal justice sentence. U.S.S.G. § 4A1.1(e). Smith was not under a criminal justice sentence at the time of his offense. (Presentence Investigation Report ¶¶ 30–44). For that reason, he is not entitled to a reduction under Part A. Part B provides a two-level reduction in offense level to certain offenders with zero criminal history points. U.S.S.G. § 4C1.1(a). But because Smith had six criminal history points, he is not eligible for a sentence reduction under Part B. (Presentence Investigation Report ¶ 44).

### IV. Conclusion

Smith's Motion to Reduce Sentence (Filing No. 447) and Amended Motion to Reduce Sentence (Filing No. 331) is **DENIED**. His 78-month sentence remains as imposed.

**IT IS SO ORDERED** this 29th day of May 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

2

Distributed Electronically to Registered Counsel of Record.

Mail to:

Carlton Smith
Reg. No. 17107-028
FPC Duluth
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814